**Order entered July 20, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00255-CV

**JAMES OSTBERG, Appellant**

**V.**

**BANK OF AMERICA, N.A., U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, CALIBER HOME LOANS INC., AND COUNTRYWIDE HOME LOANS INC., Appellees**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-04978**

## ORDER

Before the Court is appellees Bank of America, N.A. and Countrywide Home Loans Inc.'s July 18, 2017 motion to extend time to file their brief. We **GRANT** the motion and extend the time to **Monday, August 21, 2017**.

/s/     CRAIG STODDART
         JUSTICE